JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE SMITH, | NO. CV 08-2731 RGK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TRUST ACCOUNT OFFICE, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Oct. 30, 2008.

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE